**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Vivian Hughes,<br><br>                    Plaintiff,<br>     v.<br><br>The Schreiber Law Firm, LLC; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  1:13-cv-10286-FDS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 22, 2013

                                                                         Respectfully submitted,

                                                                         PLAINTIFF, Vivian Hughes

                                                                         /s/ Sergei Lemberg

                                                                         Sergei Lemberg, Esq.
                                                                         B.B.O. No.: 650671
                                                                         **LEMBERG & ASSOCIATES L.L.C.**
                                                                          1100 Summer Street, 3rd Floor
                                                                          Stamford, CT 06905
                                                                          Telephone: (203) 653-2250
                                                                          Facsimile:  (203) 653-3424
                                                                          slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 22, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By_/s/ Sergei Lemberg_____

             Sergei Lemberg